Case 1:24-mj-00063-ZMF   Docume

Case: 1:24-mj-00063
Assigned To : Judge Zia M. Faruqui
Assign. Date : 2/16/2024
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

Your affiant ▮▮▮▮▮▮▮▮▮, is a Special Agent assigned to the Federal Bureau of Investigation (FBI) Newark - Joint Terrorism Task Force (JTTF). In my duties as a special agent, I investigate crimes of both Domestic and International Terrorism. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### Facts Specific to Robert Coppotelli

On or about July 4, 2021, the Federal Bureau of Investigation's (FBI) Newark division received an anonymous tip containing photographs (Images 1 and 2 below) capturing an individual identified by the tipster as Robert Coppotelli inside the U.S. Capitol building on January 6, 2021. In the photographs, the individual is visible wearing a jacket featuring the text "Coppotelli" and "732-XXX-6050." Through open-source research, I identified the business "Coppotelli Heavy Equipment Sales & Services, Inc.," which is registered with the U.S. Department of Transportation at an address in Toms River, New Jersey. This company's logo matches the text and artwork shown on the back of the suspect's jacket.



*Image 1: Jacket worn by suspect Robert Coppotelli inside the U.S. Capitol building on Jan. 6, 2021 (phone number partially redacted).[1]*

I identified an individual named Robert Coppotelli who resides at the same address in Toms River, New Jersey as the registered address for Coppotelli Heavy Equipment Sales & Services, Inc., according to state records. I then spoke to an individual whose identity is known to me, who personally knows Robert Coppotelli, and who has interacted with him regularly in the recent past.

---

[1] https://www.youtube.com/watch?v=wslA_vzlDbA&t=66 at timestamp 1:06.

I showed this individual Image 2 and other pictures of the suspect in the "Coppotelli Heavy Equipment" jacket in and around the U.S. Capitol building on Jan. 6, 2021, and the individual identified the suspect as Robert Coppotelli.

During the course of the investigation, I also reviewed video footage recorded by the U.S. Capitol's closed-caption video ("CCV") system maintained by the U.S. Capitol Police ("USCP"), as well as video recorded in and around the Capitol building by third parties. This footage captured Coppotelli in and around the U.S. Capitol building on January 6, 2021 wearing a red hooded sweatshirt, a black hat under the red hood, a surgical style blue face mask covering his mouth and nose and a dark colored jacket with a "Coppotelli" insignia on the front, left chest area. In the footage I have reviewed that captures Coppotelli in and around the U.S. Capitol on January 6, Coppotelli is seen with a white male wearing a grey jacket with a fur-lined hood, black sweatpants, and a grey beanie.



*Image 2: Robert Coppotelli (circled in red) on U.S. Capitol grounds on January 6, 2021.*[2]

As captured on CCV, Coppotelli approached the Capitol building from the west side of Capitol grounds, at a time when grossly outnumbered police officers fought to keep an amassing crowd of hundreds from approaching the Capitol building. At 2:19 p.m., CCV captures Coppotelli on U.S. Capitol grounds scaling the Northwest Staircase, which leads from the West Plaza to the exterior of the first floor of the Capitol building.

---

[2] https://vimeo.com/515801931 at timestamp 0:19.


*Image 3: Coppotelli ascending the Northwest Staircase toward the Capitol building at 2:19 p.m.*

Minutes earlier, at 2:13 p.m., the Capitol building had been breached for the first time that day. Rioters overran multiple police lines on the west front of Capitol grounds and scaled the Northwest Staircase to reach the exterior the Capitol building's first floor at the Senate Wing Door entryway. There, rioters used wooden planks, stolen police shields, and other blunt objects to smash the windows to the left and right of the Senate Wing Door. Rioters then crawled into the building through the smashed-out windows and kicked open the Senate Wing Door.

At 2:24 p.m., Coppotelli entered the Capitol building through the Senate Wing Door, approximately 11 minutes after the initial breach of the building at this entrance. As Coppotelli walked through the doorway, a loud alarm sounded in the entryway, and shattered glass from the adjacent windows was spread about the interior and exterior of the entryway.


*Image 4: Coppotelli entering the Capitol building at 2:24 p.m.*

4

After entering the building, Coppotelli turned south and entered the Crypt, a large, circular room at the center of the Capitol's first floor.



*Image 5: Coppotelli in the Crypt inside the Capitol building at approx. 2:28 p.m.*

Coppotelli circled the Crypt and was captured on CCV and third-party video leaving the room in the direction of the Memorial Door Staircase.



*Images 6 - 7³: Coppotelli in a room adjacent to the Crypt near the Memorial Door staircase inside the Capitol building at approximately 2:34 p.m.*

Coppotelli then returned to the Crypt and proceeded north along his original path through the Capitol until he reached the Senate Wing Door, which police had barricaded shut to prevent additional rioters from entering the building. He exited the building by crawling through a broken window adjacent to the Senate Wing Door at 2:36 p.m.



---

³https://web.archive.org/web/20210111022351/https://video.parler.com/EH/cl/EHclAMz0pBVX.mp4 at timestamp 0:11.



*Images 8 – 9: Coppotelli approaching the Senate Wing Door at 2:36 p.m. and exiting the building through a broken window.*

Based on the foregoing, your affiant submits that there is probable cause to believe that ROBERT COPPOTELLI violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions;

Your affiant submits there is also probable cause to believe that ROBERT COPPOTELLI violated 40 U.S.C. § 5104(e)(2)(D) and (G), which, respectively, make it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 16th day of February 2024.

_____
ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE