AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00063 |
| Robert Coppotelli | ) Assigned To : Judge Zia M. Faruqui |
|  | ) Assign. Date : 2/16/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Robert Coppotelli                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104 (e)(2)(D) - Disorderly Conduct in a Capitol Building ;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    02/16/2024                                                 *Zia M. Faruqui*
                                                                *Issuing officer's signature*

City and state:    Washington, D.C.                    Zia M. Faruqui, U.S. Magistrate Judge
                                                              *Printed name and title*

---

### Return

This warrant was received on *(date)*  2-20-2024 , and the person was arrested on *(date)*  2-20-2024
at *(city and state)*  Washington, DC              .

Date:  2-20-2024                                        _____
                                                         *Arresting officer's signature*

                                                         Ryan Hunt    Special Agent
                                                         *Printed name and title*